FILED IN
COURT OF CRIMINAL APPEALS

December 18, 2015

ABEL ACOSTA, CLERK

PD-1629-15, PD-1630-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2015 5:16:44 PM
Accepted 12/18/2015 2:34:21 PM
ABEL ACOSTA
CLERK

In the Texas Court of Criminal Appeals

On Petition for Discretionary Review from the Fourteenth Court of Appeals, Cause Numbers 01-14-00738-CR and 01-14-00739-CR; affirming the Appellant's convictions in Cause Numbers 1383989 and 1383990 (respectively) in the 338th District Court.

William Columbus Horhn v. State

To the Honorable Court of Criminal Appeals:

Appellant moves to extend the time for him to file his *Petition for Discretionary Review*, and would show:

The Fourteenth Court of Appeals entered judgment in Mr. Horhn's two cases, 01-14-00738-CR and 01-14-00739-CR, each styled *William Columbus Horhn v. The State of Texas*, on November 19, 2015.

Mr. Horhn did not move for rehearing.

The deadline for Mr. Horhn to file his *Petition for Discretionary Review* is December 21, 2015.

Undersigned counsel was retained on December 16, 2015 to represent Mr. Hohrn.

Mr. Horhn seeks an additional thirty days, until January 20, 2016, to file his *Petition for Discretionary Review*.

Mr. Horhn has sought no previous extensions.

## CERTIFICATE OF SERVICE

A copy of this motion will be delivered to Jessica Akins, the attorney for the State in the Court of Appeals; and to Lisa McMinn, the State Prosecuting Attorney, by the efiling system.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com